1  MARGARET A. KEANE (State Bar No. 255378)
   mkeane@dl.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue
3  Suite 500
   East Palo Alto, CA  94303
4  Telephone: (650) 845-7000
   Facsimile:  (650) 845-7333
5
   *Attorneys for Defendant*
6  *ACCRETIVE, LLC*

7              **IN THE UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9                  **SAN FRANCISCO DIVISION**

10 KENYA BODDIE AND RAMONDA CARLOS,  )   Case No. CV-09 5553 CRB
   Individually situated and on behalf of others  )
11 similarly situated,                            )
                                                  )
12                        Plaintiffs,             )
                                                  )
13      vs.                                       )   **STIPULATION AND [~~PROPOSED~~]**
                                                  )   **ORDER EXTENDING TIME FOR**
14 AXIANT, LLC; ACCRETIVE, LLC;                   )   **DEFENDANT ACCRETIVE, LLC TO**
   MANN BRACKEN, and                              )   **RESPOND TO THE COMPLAINT**
15 DOES 1 through 25, inclusive,                  )
                                                  )
16                        Defendants.             )
   _____            )

17

18         WHEREAS, this action was initially filed on November 23, 2009;

19         WHEREAS, a summons was issued as to Defendant Axiant, LLC on November 23,

20 2009;

21         WHEREAS, Plaintiffs filed the First Amended Complaint on December 7, 2009 to

22 include additional defendants, Accretive, LLC ("Accretive") and Mann Bracken, LLP;

23         WHEREAS, a First Amended Complaint Summons ("Amended Summons") was issued

24 on December 8, 2009;

25         WHEREAS, Plaintiff served the Amended Summons and First Amended Complaint on

26 Accretive on December 8, 2009.  Accordingly, absent an extension of time, Federal Rule of Civil

27

28

Procedure 12(a)(1)(A) would require Accretive to answer, move or otherwise respond to the First Amended Complaint on or before December 28, 2009; and

WHEREAS, Accretive has requested an initial extension of time within which to move against, answer or otherwise respond to the First Amended Complaint, and Plaintiffs' counsel has agreed to that request.

NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of Accretive that the Court order as follows:

1.    The undersigned attorney hereby accepts service of the First Amended Complaint on behalf of Accretive.

2.    The time for Accretive to move against, answer or otherwise respond to the First Amended Complaint shall be extended to and including Monday, January 25, 2010.  This is the first extension of Accretive's time to move against, answer or otherwise respond to the First Amended Complaint in this action.

This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated:  December 23, 2009            Respectfully submitted,

                                     DEWEY & LEBOEUF LLP


                                     By:____/s/  *Margaret A. Keane*_____
                                          Margaret A. Keane
                                          Attorneys for Defendant Accretive, LLC


Dated:  December 23, 2009            HERRON & HERRON


                                     By:____/s/  *J. Wynne Herron*_____
                                          J. Wynne Herron
                                          Laura Herron Weber
                                          Attorneys for Plaintiffs

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 Dated: ___Jan. 5, 2010_____, 2009

4                            HONORABLE CHARLES R. BREYER

5 

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---