J. WYNNE HERRON (71192)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: laura@herron-herron.com
Attorney for Plaintiffs Kenya Boddie and Ramonda Carlos

BIRGIT DACHTERA STUART (154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone: (301) 770-7490
Facsimile: (301) 770-7493
E-Mail: bstuart@roncanterllc.com

Attorney for Defendant
Mann Bracken, L.L.P

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KENYA BODDIE and RAMONDA CARLOS,<br><br>　　　Plaintiffs,<br>vs.<br><br>AXIANT L.L.C., et al.<br><br>　　　Defendants | Case No.: CV-09-5553-CRB<br><br>**STIPULATION TO EXTEND DEFENDANT MANN BRACKEN, LLP'S TIME TO FILE A RESPONSIVE PLEADING (LOCAL CIVIL RULE 6-1(a))** |

1

BODDIE V. AXIANT L.L.C., et al. (Case No.: CV-09-5553 CRB)
STIPULATION TO EXTEND DEFENDANT MANN BRACKEN, LLP'S TIME TO FILE A RESPONSIVE PLEADING (LOCAL CIVIL RULE 6-1(a))

1  COME NOW Plaintiffs Kenya Boddie and Ramonda Carlos and Defendant
2  Mann Bracken, LLP, by and through their respective counsel and hereby stipulate
3  to extend Defendant Mann Bracken, LLP's time to file a responsive pleading in this
4  action by 30 days up to and including January 29, 2009.

SO STIPULATED.

Dated:  December 28, 2009        **HERRON & HERRON**

/s/ J. Wynne Herron
J. Wynne Herron (SBN 71192)
Attorney for Plaintiffs Kenya Boddie and
Ramonda Carlos


**LAW OFFICES OF RONALD S. CANTER, L.L.C.**

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart (SBN 154621)
Attorney for Defendant Mann Bracken, L.L.P.



IT IS SO ORDERED
Judge Charles R. Breyer

2

---

BODDIE V. AXIANT L.L.C., et al. (Case No.: CV-09-5553 CRB)
STIPULATION TO EXTEND DEFENDANT MANN BRACKEN, LLP'S TIME TO FILE A RESPONSIVE PLEADING (LOCAL CIVIL RULE 6-1(a))