1  J. WYNNE HERRON (71192)
2  HERRON & HERRON
   18360 Sonoma Highway
3  Sonoma, CA 95476
   Telephone: (707) 933-4430
4  Facsimile: (707) 933-4431
5  E-Mail: laura@herron-herron.com
   Attorney for Plaintiffs Kenya Boddie and Ramonda Carlos
6
7  BIRGIT DACHTERA STUART (154621)
   THE LAW OFFICES OF RONALD S. CANTER, LLC
8  11300 Rockville Pike, Suite 1200
   Rockville, MD 20852
9  Telephone: (301) 770-7490
10 Facsimile: (301) 770-7493
   E-Mail: bstuart@roncanterllc.com
11
12 Attorney for Defendant
   Mann Bracken, L.L.P
13

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| KENYA BODDIE and RAMONDA CARLOS<br><br>        Plaintiffs,<br>    vs.<br><br>AXIANT L.L.C., et al.<br><br>        Defendants | Case No.: CV-09-5553-CRB<br><br>**STIPULATION TO EXTEND DEFENDANT MANN BRACKEN, LLP'S TIME TO FILE A RESPONSIVE PLEADING (LOCAL CIVIL RULE 6-1(a))** |

COME NOW Plaintiffs Kenya Boddie and Ramonda Carlos and Defendant Mann Bracken, LLP, by and through their respective counsel and hereby stipulate to extend Defendant Mann Bracken, LLP's time to file a responsive pleading in this action by 30 days up to and including January 29, 2009.

SO STIPULATED.

Dated:  December 28, 2009

**HERRON & HERRON**

/s/ J. Wynne Herron
J. Wynne Herron (SBN 71192)
Attorney for Plaintiffs Kenya Boddie and Ramonda Carlos

**LAW OFFICES OF RONALD S. CANTER, L.L.C.**

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart (SBN 154621)
Attorney for Defendant Mann Bracken, L.L.P.



2

BODDIE V. AXIANT L.L.C., et al. (Case No.: CV-09-5553 CRB)
STIPULATION TO EXTEND DEFENDANT MANN BRACKEN, LLP'S TIME TO FILE A RESPONSIVE PLEADING (LOCAL CIVIL RULE 6-1(a))