MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
SEBASTIAN L. MILLER (State Bar No. 265793)
smiller@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

*Attorneys for Defendant*
*ACCRETIVE, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, Individually situated and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. CV-09 5553 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

WHEREAS, this action was initially filed on November 23, 2009;

WHEREAS, a summons was issued as to Defendant Axiant, LLC on November 23, 2009;

WHEREAS, Plaintiffs filed the First Amended Complaint on December 7, 2009 to include additional defendants, Accretive, LLC ("Accretive") and Mann Bracken, LLP;

WHEREAS, a First Amended Complaint Summons ("Amended Summons") was issued on December 8, 2009;

WHEREAS, Plaintiffs served the Amended Summons and First Amended Complaint on Accretive on December 8, 2009;

1       WHEREAS, Plaintiffs agreed to extend until January 25, 2010 the date on which Accretive is required to answer, move or otherwise respond to the First Amended Complaint and on January 5, 2010 an order extending Accretive's time to respond was executed by this court;

      WHEREAS, Plaintiffs agreed to extend until January 29, 2010 the date on which Mann Bracken, LLP is required to answer, move or otherwise respond to the First Amended Complaint and on January 5, 2010 an order extending Mann Bracken, LLP's time to respond was executed by this court; and

      WHEREAS, Accretive has requested an additional extension of time, consistent with the extension received by Mann Bracken, LLP, within which to move against, answer or otherwise respond to the First Amended Complaint, and Plaintiffs' counsel has agreed to that request.

      NOW THEREFORE, the undersigned parties through their respective counsel stipulate and respectfully request on behalf of Accretive that the Court order as follows:

      1.     The undersigned attorney hereby accepts service of the First Amended Complaint on behalf of Accretive.

      2.     The time for Accretive to move against, answer or otherwise respond to the First Amended Complaint shall be extended to and including Friday, January 29, 2010.  This is the second extension of Accretive's time to move against, answer or otherwise respond to the First Amended Complaint in this action.

      This stipulation may be executed in counterparts, including by signature transmitted by facsimile or e-mail.

Stipulation and [Proposed] Order For Extension of Time to Respond to Complaint
Case No. cv-09-5553 CRB

| | | |
|---|---|---|
| Dated: January 20, 2009 | | Respectfully submitted, |
| | | DEWEY & LEBOEUF LLP |
| | | By: /s/ *Margaret Keane* |
| | |     Margaret A. Keane |
| | |     Attorney for Defendant Accretive, LLC |
| Dated: January 20, 2009 | | HERRON & HERRON |
| | | By: /s/ *J. Wynn Herron* |
| | |     J. Wynne Herron |
| | |     Laura Herron Weber |
| | |     Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 22, 2009

_____
HONORABLE CHARLES R. BREYER

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Stipulation and [Proposed] Order For Extension of Time to Respond to Complaint
Case No. cv-09-5553 CRB