1 | MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
2 | SEBASTIAN L. MILLER (State Bar No. 265793)
smiller@dl.com
3 | DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
4 | East Palo Alto, CA 94303
Telephone: (650) 845-7000
5 | Facsimile: (650) 845-7333

6 | *Attorneys for Defendant*
*Accretive, LLC*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP, and DOES 1 through 25, inclusive,<br><br>                Defendants. | **CASE NO.: CV-09-5553 (CRB)**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF THE CASE MANAGEMENT CONFERENCE DATE AND DEADLINE TO FILE STIPULATION TO ADR PROCESS** |

WHEREAS, on November 20, 2009, Defendant Axiant, LLC ("Axiant") filed for chapter 11 bankruptcy;

WHEREAS, on November 23, 2009, Plaintiffs filed a complaint against Axiant alleging that Axiant violated the Worker Adjustment and Retraining Notification Act (the "WARN Act");

WHEREAS, on November 23, 2009, the Court ordered that a case management conference in this matter be held on March 5, 2010, at 8:30 a.m.;

WHEREAS, on December 7, 2009, Plaintiffs filed an amended complaint naming Accretive, LLC ("Accretive") and Mann Bracken, LLP ("Mann Bracken") as defendants and seeking to hold

them liable for the lack of WARN Act notice provided by the original defendant and Chapter 11 Debtor, Axiant;

WHEREAS, in January of 2010, Birgit Stuart, counsel for Mann Bracken, telephonically informed counsel for Accretive that Mann Bracken was contemplating filing for bankruptcy protection by months-end;

WHEREAS, other media sources have also reported that Mann Bracken is likely to wind down its operations and file for bankruptcy;

WHEREAS, on January 29, 2010 Accretive filed a motion to dismiss Plaintiffs' complaint and a hearing date of March 19, 2010 has been set for argument on Accretive's motion to dismiss;

WHEREAS, on February 12, 2010, Birgit Stuart sent an e-mail to counsel for Plaintiffs and counsel for Accretive informing them that she had been terminated by Mann Bracken effective February 9, 2010 and that she would file a motion to withdraw;

WHEREAS, on February 23, 2010, Birgit Stuart filed with this Court a notice of termination of representation;

WHEREAS, on February 24, 2010, Birgit Stuart filed with this Court a letter from Mann Bracken indicating that Mann Bracken has ceased operations and will be in a Chapter 7 bankruptcy proceeding as soon as its bankruptcy counsel completes preparation of the relevant documents;

WHEREAS, it appears unlikely that Mann Bracken will participate in the creation of a Case Management Statement or in the Case Management Conference that is scheduled for March 5, 2010;

WHEREAS, neither Accretive nor Plaintiffs are aware of Mann Bracken having filed a bankruptcy petition;

WHEREAS, whether Mann Bracken files for bankruptcy will have a substantial effect on the ADR options elected as well as the nature and extent of the disclosures, discovery and motions that are sought and filed in this litigation by Accretive and Plaintiffs;

WHEREAS, Accretive and Plaintiffs have conferred and agree that, in light of the uncertainty concerning whether Mann Bracken will file for bankruptcy, it would be most efficient and equitable to adjourn the case management conference pending further clarification of Mann

Bracken's status and the continued role of Mann Bracken's counsel with respect to this litigation;

WHEREAS, Accretive and Plaintiffs have conferred and agree that it would be premature and not otherwise fruitful to engage in an ADR process prior to this Court ruling on Accretive's motion to dismiss; and

WHEREAS, Accretive and Plaintiffs agree to submit a Case Management Statement by March 5, 2010 that will be supplemented as necessary according to Mann Bracken's participation in the case.

**IT IS HEREBY STIPULATED** by the parties, by and through their undersigned counsel, that:

(1) The case management conference previously scheduled for March 5, 2010, at 8:30 a.m., is adjourned to April 9, 2010, at 8:30 a.m.

(2) Plaintiffs and Accretive will file a Joint Case Management Statement with this Court by March 5, 2010.

(3) The deadline to file a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, is adjourned to April 9, 2010.

Dated: February 24, 2010   DEWEY & LEBOEUF LLP

By: /s/ *Sebastian L. Miller*
Margaret A. Keane (SBN 255378)
mkeane@dl.com
Sebastian L. Miller (SBN 265793)
smiller@dl.com
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for Defendant Accretive, LLC*

Dated: February 24, 2010   HERRON & HERRON

By: /s/ *Laura Herron Weber*
J. Wynne Herron (SBN 71192)
Laura Herron Weber (SBN 226934)
laura@herron-herron.com
18360 Sonoma Highway
Sonoma, CA 95476
Tel: (707) 933-4430
Fax: (707) 933-4431

*Attorneys for Plaintiffs Kenya Boddie and Ramonda Carlos*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 25 , 2010

HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION
OF CASE MANAGEMENT CONFERENCE DATE                CASE NO. CV-09 5553 (CRB)