1  MARGARET A. KEANE (SBN 255378)
   mkeane@dl.com
2  SEBASTIAN L. MILLER (SBN 265793)
   smiller@dl.com
3  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
4  East Palo Alto, CA  94303
   Telephone:    (650) 845-7000
5  Facsimile:    (650) 845-7333

6  *Attorneys for Defendant*
   *Accretive, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, individually and on behalf of others similarly situated,<br><br>             Plaintiffs,<br><br>    v.<br><br>AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP, and DOES 1 through 25, inclusive,<br><br>             Defendants. | CASE NO.:   CV-09-5553 (CRB)<br><br>**NOTICE OF REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE, AND [PROPOSED] ORDER**<br><br>Date:   ~~March 5,~~ April 9, 2010<br>Time:   8:30 a.m.<br>Place:  Courtroom 8, 19th Floor |

Pursuant to Civil L.R. 16-10(a), Margaret Keane, lead trial counsel for Defendant Accretive, LLC, respectfully requests leave to participate via telephone in the Initial Case Management Conference scheduled for March 5, 2010, at 8:30 a.m. before the Honorable Charles R. Breyer.

Ms. Keane has the requisite knowledge and authority to participate in the Initial Case Management Conference, but a scheduling conflict does not permit her to appear before the Court in-person.  She therefore respectfully requests to appear telephonically.  Co-counsel for Accretive, LLC, Sebastian Miller, will attend the Initial Case Management Conference in-person.

| | |
|---|---|
| Dated: February 25, 2010 | DEWEY & LEBOEUF LLP |

By: /s/ *Margaret A. Keane*
Margaret A. Keane (SBN 255378)
Sebastian L. Miller (SBN 265793)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000
Fax: (650) 845-7333

*Attorneys for Defendant, Accretive, LLC*

## **ORDER**

Defendant Accretive, LLC's request is granted as to Ms. Keane. The court is informed that Mr. Miller will appear at the case management conference in person.

Dated: __February 26__, 2010

_____
HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PA151275.2