1  MARGARET A. KEANE (SBN 255378)
   mkeane@dl.com
2  SEBASTIAN L. MILLER (SBN 265793)
   smiller@dl.com
3  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
4  East Palo Alto, CA 94303
   Telephone:  (650) 845-7000
5  Facsimile:  (650) 845-7333

6  *Attorneys for Defendant*
   *Accretive, LLC*
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10 KENYA BODDIE AND RAMONDA CARLOS,    ) CASE NO.:   CV-09-5553 (CRB)
   individually and on behalf of others similarly )
11 situated,                                       )
                                                   ) **NOTICE OF REQUEST TO**
12                          Plaintiffs,            ) **PARTICIPATE IN INITIAL CASE**
                                                   ) **MANAGEMENT CONFERENCE BY**
13         v.                                      ) **TELEPHONE, AND [PROPOSED]**
                                                   ) **ORDER**
14 AXIANT, LLC; ACCRETIVE, LLC; MANN   )               April 9,
   BRACKEN, LLP, and DOES 1 through 25, ) Date:     March 5, 2010
15 inclusive,                                      ) Time:     8:30 a.m.
                                                   ) Place:    Courtroom 8, 19th Floor
16                          Defendants.            )
                                                   )
17

18         Pursuant to Civil L.R. 16-10(a), Margaret Keane, lead trial counsel for Defendant Accretive,

19 LLC, respectfully requests leave to participate via telephone in the Initial Case Management

20 Conference scheduled for March 5, 2010, at 8:30 a.m. before the Honorable Charles R. Breyer.

21         Ms. Keane has the requisite knowledge and authority to participate in the Initial Case

22 Management Conference, but a scheduling conflict does not permit her to appear before the Court

23 in-person.  She therefore respectfully requests to appear telephonically.  Co-counsel for Accretive,

24 LLC, Sebastian Miller, will attend the Initial Case Management Conference in-person.

25

26

27
                                                    1
28 REQUEST TO PARTICIPATE IN CASE MGMT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER
                              Case No. CV-09-5553 (CRB)

Dated:  February 25, 2010          DEWEY & LEBOEUF LLP

By:  /s/    Margaret A. Keane
Margaret A. Keane (SBN 255378)
Sebastian L. Miller (SBN 265793)
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Tel:     (650) 845-7000
Fax:     (650) 845-7333

*Attorneys for Defendant, Accretive, LLC*

## ORDER

Defendant Accretive, LLC's request is granted as to Ms. Keane.  The court is informed that Mr. Miller will appear at the case management conference in person.

Dated:  __February 26__, 2010

HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PA151275.2