MARGARET A. KEANE (State Bar No. 255378)
mkeane@dl.com
SEBASTIAN L. MILLER (State Bar No. 265793)
smiller@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Telephone: (650) 845-7000
Facsimile:  (650) 845-7333

*Attorneys for Defendant*
*Accretive, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO.:   CV-09-5553 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF THE CASE MANAGEMENT CONFERENCE DATE AND DEADLINE TO FILE STIPULATION TO ADR PROCESS** |

WHEREAS, on November 20, 2009, Defendant Axiant, LLC ("Axiant") filed for chapter 11 bankruptcy;

WHEREAS, on November 23, 2009, Plaintiffs filed a complaint against Axiant alleging that Axiant violated the Worker Adjustment and Retraining Notification Act (the "WARN Act");

WHEREAS, on November 23, 2009, the Court ordered that a case management conference in this matter be held on March 5, 2010, at 8:30 a.m.;

WHEREAS, on December 7, 2009, Plaintiffs filed an amended complaint naming Accretive, LLC ("Accretive") and Mann Bracken, LLP ("Mann Bracken") as defendants and seeking to hold

1

them liable for the lack of WARN Act notice provided by the original defendant and Chapter 11 Debtor, Axiant;

WHEREAS, on January 29, 2010 Accretive filed a motion to dismiss Plaintiffs' complaint and a hearing date of March 19, 2010 had been set for argument on Accretive's motion to dismiss;

WHEREAS, on February 24, 2010 Plaintiffs and Accretive filed a Stipulation and [Proposed] Order re: Modification of the Case Management Conference Date and Deadline to File Stipulation to ADR Process;

WHEREAS, on February 25, 2010 the Court entered the Order modifying the case management conference date and deadline to file a stipulation to ADR process or notice of need for ADR phone conference to April 9, 2010;

WHEREAS, on March 4, 2010 Cheryl E. Rose, Esquire, filed a Notice of Case in Receivership on behalf of Mann Bracken. The case is now pending in the Circuit Court for Montgomery County, Maryland;

WHEREAS, on March 5, 2010 the Plaintiffs and Accretive filed their Joint Case Management Statement;

WHEREAS, on March 19, 2010 the Court granted Accretive's motion to dismiss the first amended complaint with leave to amend the complaint within 20 days;

WHEREAS, on March 25, 2010 Plaintiffs filed their Second Amended Complaint alleging violations of the Worker Adjustment and Retraining Notification Act (the "WARN Act");

WHEREAS, Accretive will shortly file a motion to dismiss the Second Amended Complaint and it is feasible to set a date to hear argument on Accretive's planned motion to dismiss prior to June 4, 2010;

WHEREAS, Accretive and Plaintiffs have conferred and agree that it would be premature and not otherwise fruitful to engage in an ADR process or hold a case management conference prior to this Court ruling on Accretive's motion to dismiss the Second Amended Complaint; and

**IT IS HEREBY STIPULATED** by the parties, by and through their undersigned counsel, that:

(1) The case management conference previously scheduled for April 9, 2010, at 8:30 a.m., is adjourned to June 4, 2010, at 8:30 a.m.

(2) The deadline to file a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, is adjourned to June 4, 2010.

Dated: April 6, 2010            DEWEY & LEBOEUF LLP

By:  /s/  *Sebastian L. Miller*
     Margaret A. Keane (SBN 255378)
       mkeane@dl.com
     Sebastian L. Miller (SBN 265793)
       smiller@dl.com
     1950 University Avenue, Suite 500
     East Palo Alto, CA  94303
     Tel:     (650) 845-7000
     Fax:    (650) 845-7333

*Attorneys for Defendant Accretive, LLC*

Dated: April 6, 2010            HERRON & HERRON

By:  /s/  *Laura Herron Weber*
     J. Wynne Herron (SBN 71192)
     Laura Herron Weber (SBN 226934)
       laura@herron-herron.com
     18360 Sonoma Highway
     Sonoma, CA  95476
     Tel:     (707) 933-4430
     Fax:    (707) 933-4431

*Attorneys for Plaintiffs Kenya Boddie and Ramonda Carlos*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:___April 6_____, 2010            _____
                                        HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

3
STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION
OF CASE MANAGEMENT CONFERENCE DATE                  CASE NO. CV-09 5553 (CRB)

**CERTIFICATE OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303.

On April 6, 2010, the foregoing **STIPULATION AND [PROPOSED] ORDER RE: MODIFCATION OF CASE MANAGEMENT CONFERENCE DATE** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service. The ECF system will send notification of such filing to the following:

| | |
|---|---|
| Birgit Dachtera Stuart | bstuart@roncanterllc.com |
| J. Wynne Herron | jwynneh@pacbell.net, norma@herron-herron.com |
| Laura Herron Weber | laura@herron-herron.com |

A copy was caused to be served upon the following party by U.S. First Class Mail, postage prepaid, and by electronic transmission:

Cheryl E. Rose, Esq.
12154 Darnestown Road, Box 623
Gaithersburg, MD  20878
E-mail: Receiverrose@aol.com

DATED:   April 6, 2010 at East Palo Alto, California.

  /s/    *Sandy Holstrom*
          Sandy Holstrom

PA151627.1