MARGARET A. KEANE (SBN 255378)
mkeane@dl.com
SEBASTIAN L. MILLER (SBN 265793)
smiller@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Telephone:   (650) 845-7000
Facsimile:   (650) 845-7333

*Attorneys for Defendant
Accretive, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.:   CV-09-5553 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR ACCRETIVE, LLC TO ANSWER OR RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

In consideration of Federal Rule of Civil Procedure 12(a)(4) and pursuant to Federal Rule of Civil Procedure 6(b), the parties hereby stipulate to an extension of time for Defendant Accretive, LLC ("Accretive") to respond to Plaintiffs' Second Amended Complaint ("SAC") to and including Monday, June 28, 2010:

**RECITALS**

1. On March 25, 2010, Plaintiffs filed their SAC alleging violations of the Worker Adjustment and Retraining Notification Act (the "WARN Act").

2. On April 12, 2010, Accretive filed a motion to dismiss Plaintiffs' SAC.

3. On June 4, 2010, the Court denied Accretive's motion to dismiss the SAC.

1

4.  Pursuant to Federal Rule of Civil Procedure 12(a)(4)(a), Accretive's Answer to Plaintiffs' SAC is due on June 18, 2010.

5.  Plaintiffs' Counsel does not oppose the extension of time for Accretive to file its Answer to Plaintiffs' SAC.

**IT IS HEREBY STIPULATED** by the parties, by and through their undersigned counsel, that Accretive shall have an extension of ten days, to and including Monday, June 28, 2010, to respond or answer Plaintiffs' Second Amended Complaint.

Dated: June 17, 2010         DEWEY & LEBOEUF LLP

By: /s/ *Sebastian L. Miller*
Margaret A. Keane (SBN 255378)
mkeane@dl.com
Sebastian L. Miller (SBN 265793)
smiller@dl.com
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel:  (650) 845-7000
Fax:  (650) 845-7333
*Attorneys for Defendant Accretive, LLC*

Dated: June 17, 2010         HERRON & HERRON

By: /s/ *Laura Herron Weber*
J. Wynne Herron (SBN 71192)
Laura Herron Weber (SBN 226934)
laura@herron-herron.com
18360 Sonoma Highway
Sonoma, CA 95476
Tel:  (707) 933-4430
Fax:  (707) 933-4431
*Attorneys for Plaintiffs Kenya Boddie and Ramonda Carlos*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 21, 2010

HONORABLE [signature: Judge Charles R. Breyer]
IT IS SO ORDERED

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO ANSWER OR RESPOND TO SECOND AMENDED COMPLAINT                    CASE NO. CV-09-5553 (CRB)