DEWEY & LEBOEUF LLP
MARGARET A. KEANE (SBN 255378)
  mkeane@dl.com
One Montgomery Street, Suite 3500
San Francisco, CA  94104
Telephone:   (415) 951-1100
Facsimile:    (415) 951-1180

SEBASTIAN L. MILLER (SBN 265793)
  smiller@dl.com
1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Telephone:   (650) 845-7000
Facsimile:    (650) 845-7333

*Attorneys for Defendant Accretive, LLC*

J. WYNNE HERRON (SBN 71192)
  wynne@herron-herron.com
LAURA HERRON WEBER (SBN 226934)
  laura@herron-herron.com
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA  95476
Telephone:   (707) 933-4430
Facsimile:    (707) 933-4431

*Attorneys for Plaintiffs*
*Kenya Boddie and Ramonda Carlos*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA BODDIE AND RAMONDA CARLOS, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AXIANT, LLC; ACCRETIVE, LLC; MANN BRACKEN, LLP, and DOES 1 through 25, inclusive, <br><br> Defendants. | **CASE NO.:   CV-09-5553 (CRB)** <br><br> Assigned for All Purposes to <br> Hon. Charles R. Breyer <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED**, by and between Plaintiffs Kenya Boddie and Ramonda Carlos and Defendant Accretive, LLC, through their designated counsel, that the above-entitled action, and all claims for relief against all defendants therein, shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and attorneys' fees.

Dated: June 20, 2011    HERRON & HERRON

By: /s/ *J. Wynne Herron*
J. Wynne Herron (SBN 71192)
Laura Herron Weber (SBN 226934)

*Attorneys for Plaintiffs*
*Kenya Boddie and Ramonda Carlos*

Dated: June 20, 2011    DEWEY & LEBOEUF LLP

By: /s/ *Margaret A. Keane*
Margaret A. Keane (SBN 255378)
Sebastian L. Miller (SBN 265793)

*Attorneys for Defendant Accretive, LLC*

**ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), each party to bear its own costs and attorney's fees, and good cause appearing therefore,

**IT IS SO ORDERED.**

DATE: ___June 22, 2011___    _____



HON. CHARLES R. BREYER
Judge of the United States District Court

---

3
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          CASE NO. CV-09 5553 (CRB)

1  I, Margaret A. Keane, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.  In compliance with General Order
3  45, X.B., I hereby attest that counsel whose e-signatures appear on the foregoing signature pages
4  have concurred with this filing.

5
6                                                                  /s/   *Margaret A. Keane*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303.

On June 20, 2011, the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** was filed with the Clerk of the Court using the Official Court Electronic Case Filing System ("ECF System"). The ECF System is designed to automatically generate an e-mail message, with a link to the filed document(s), to all parties in the case registered for electronic filing, which constitutes service. The ECF system will send notification of such filing to the following:

Birgit Dachtera Stuart          bstuart@roncanterllc.com

J. Wynne Herron                jwynneh@pacbell.net, norma@herron-herron.com

Laura Herron Weber             laura@herron-herron.com

A copy was caused to be served upon the following party by U.S. First Class Mail, postage prepaid, and by electronic transmission:

Cheryl E. Rose, Esq.
12154 Darnestown Road, Box 623
Gaithersburg, MD  20878
E-mail:  Receiverrose@aol.com

DATED:   June 20, 2011, at East Palo Alto, California.

  /s/    *Mary Ann Mendoza*
         Mary Ann Mendoza

PA156647.1

CERTIFICATE OF SERVICE                                                         CASE NO. CV-09 5553 (CRB)